No. 87–775. UNITED FAMILIES OF AMERICA *v.* KENDRICK ET AL. Appeal from D. C. D. C. Probable jurisdiction noted, case consolidated with No. 87–253, *Bowen, Secretary of Health and Human Services* v. *Kendrick et al.* [probable jurisdiction noted, *ante*, p. 942], No. 87–431, *Bowen, Secretary of Health and Human Services* v. *Kendrick et al.* [probable jurisdiction noted, *ante*, p. 942], and No. 87–462, *Kendrick et al.* v. *Bowen, Secretary of Health and Human Services, et al.* [probable jurisdiction noted,

*ante*, p. 942], and a total of one hour allotted for oral argument in these cases.